IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DWAYNE L. COLLINS,                      )
                                        )
              Plaintiff,              )       CASE NO.: 1:08 CN 1017 LMB/TRJ
                                        )
v.                                      )
                                        )
MACY'S RETAIL HOLDINGS, INC., t/a       )
and formerly known as MACY'S and/or     )
FEDERATED DEPARTMENT STORES,            )
INC.                                    )
              Defendants.             )

## JOINT BRIEFING ORDER

THIS MATTER came before the Court at the Pretrial Conference on January 15, 2008.

Pursuant to the Scheduling Order entered by this Court on November 10, 2008:

1.      Macy's Retail Holdings, Inc and Federated Department Stores n/k/a Macy's, Inc.

(collectively "Macy's") filed their Motion for Summary Judgment on January 23, 2009;

2.      Plaintiff will file a single brief opposing Macy's Motion for Summary Judgment

and in Support of his Motion to Vacate on or before February 9, 2009; and

3.      Macy's shall file its reply brief on or before February 17; and it is further

ORDERED, that the hearing scheduled before the Court on January 30, 2009 on

Plaintiff's Motion for Hearing Date and Briefing Schedule is removed from the Court's calendar;

and it is further

ORDERED, that this matter is set for hearing on March 20, 2009 at 10:00 a.m. for

argument on Defendants' Motion for Summary Judgment requesting that the arbitration award be

confirmed and Plaintiff's Cross Motion for Summary Judgment and to Vacate Arbitration

Award.

ENTERED this _____ day of _____, 2009.


_____
Leonie M. Brinkema,
Judge, United States District Court
For the Eastern District of Virginia

WE ASK FOR THIS:


_____/s/_____
Benjamin Trichilo, Esq.
VSB No.  14045
Attorney for Plaintiff
TRICHILO, BANCROFT, McGAVIN
HORVATH, JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (Phone)
(703) 385-1555 (Fax)
btrichilo@vadctriallaw.com


_____/s/_____
Pia J. Miller, Esq.
VSB No. 77086
Attorney for Defendants
MCCHESNEY & DALE, P.C.
4000 Mitchellville Road, Suite 222
Bowie, MD  20716
(301) 805-6080 (Phone)
(301) 805-6086 (Fax)
Pia@dalelaw.com

_____/s/_____
Roger W. Heald, Esq.
VSB No. 42136
Attorney for Defendants
HOGAN & HEALD
111Fairfax Boulevard, Suite 310
Fairfax, VA  22030
(703) 591-0003 (Phone)
(703) 591-4114 (Fax)
rheald@hoganheald.com


_____/s/_____
Williams S. Sands, Jr., Esq.
VSB No. 21765
Attorney for Defendants
DUNCAN & HOPKINS, P.C.
11130 Main Street, Suite 310
Fairfax, VA  22030
(703) 359-6555 (Phone)
(703) 359-3788 (Fax)
wsands@dhsmlaw.com


\_\_\_\_\_/s/_____
Kalin M. Walker, Esq.
*Pro Hac Vice*
Attorney for Defendants
MACY'S, INC.
611 Olive Street
St. Louis, MO  63101
(314) 342-6317 (Phone)
(314) 342-6066 (Fax)
kalin.m.walker@macys.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Benjamin Trichilo, Esq.
Attorney for Claimant
TRICHILLO, BANCROFT, McGAVIN
HORVATH, JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
btrichilo@vadctriallaw.com

and

Roger W. Heald, Esq.
VSB No. 42136
Attorney for Defendants
HOGAN & HEALD
111 Fairfax Boulevard, Suite 310
Fairfax, VA  22030
(703) 591-0003 (Phone)
(703) 591-4114 (Fax)
rheald@hoganheald.com

and I hereby certify that I will mail the document by U.S. mail to the following non-

users:

Williams S. Sands, Jr., Esq.
Attorney for Defendants
DUNCAN & HOPKINS, P.C.
11130 Main Street, Suite 310
Fairfax, VA  22030

and

Kalin M. Walker, Esq.
Attorney for Defendants
MACY'S, INC.
611 Olive Street
St. Louis, MO  63101

_____/s/_____
Pia J. Miller, Esq.
VSB No. 77086
Attorney for Defendants
MCCHESNEY & DALE, P.C.
4000 Mitchellville Road, Suite 222
Bowie, MD  20716
(301) 805-6080 (Phone)
(301) 805-6086 (Fax)
Pia@dalelaw.com