**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| DWAYNE L. COLLINS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MACY'S RETAIL HOLDINGS, INC., t/a )<br>and formerly known as MACY'S and/or )<br>FEDERATED DEPARTMENT STORES, )<br>INC. )<br>    Defendants. ) | CASE NO.: 1:08cv1017 |

**NOTICE AND MOTION**

PLEASE TAKE NOTICE that on Friday, March 20, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, the Defendants, MACY'S RETAIL HOLDINGS, INC. t/a and formerly known as MACY'S and/or FEDERATED DEPARTMENT STORES, INC., by counsel, will move this Honorable Court for entry of Summary Judgment pursuant to the Motion and Memorandum of Law filed on January 23, 2009.

                                                      MACY'S RETAIL HOLDINGS, INC., t/a
                                                      and formerly known as MACY'S and/or
                                                      FEDERATED DEPARTMENT STORES,
                                                      INC.
                                                      By Counsel,

_____/s/_____
Pia J. Miller, Esq.
VSB No. 77086
Attorney for Defendants
MCCHESNEY & DALE, P.C.
4000 Mitchellville Road, Suite 222
Bowie, MD  20716
(301) 805-6080 (Phone)
(301) 805-6086 (Fax)
Pia@dalelaw.com


_____/s/_____
Roger W. Heald, Esq.
VSB No. 42136
Attorney for Defendants
HOGAN & HEALD
111 Fairfax Boulevard, Suite 310
Fairfax, VA  22030
(703) 591-0003 (Phone)
(703) 591-4114 (Fax)
rheald@hoganheald.com


_____/s/_____
Williams S. Sands, Jr., Esq.
VSB No. 21765
Attorney for Defendants
DUNCAN & HOPKINS, P.C.
11130 Main Street, Suite 310
Fairfax, VA  22030
(703) 359-6555 (Phone)
(703) 359-3788 (Fax)
wsands@dhsmlaw.com


\_\_\_\_\_/s/_____
Kalin M. Walker, Esq.
*Pro Hac Vice*
Attorney for Defendants
MACY'S, INC.
611 Olive Street
St. Louis, MO  63101
(314) 342-6317 (Phone)
(314) 342-6066 (Fax)
kalin.m.walker@macys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Benjamin Trichilo, Esq.
> Attorney for Claimant
> TRICHILLO, BANCROFT, McGAVIN
> HORVATH, JUDKINS, P.C.
> 3920 University Drive
> Fairfax, Virginia 22030
> btrichilo@vadctriallaw.com

and

> Roger W. Heald, Esq.
> VSB No. 42136
> Attorney for Defendants
> HOGAN & HEALD
> 111 Fairfax Boulevard, Suite 310
> Fairfax, VA  22030
> (703) 591-0003 (Phone)
> (703) 591-4114 (Fax)
> rheald@hoganheald.com

and I hereby certify that I will mail the document by U.S. mail to the following non-users:

> Williams S. Sands, Jr., Esq.
> Attorney for Defendants
> DUNCAN & HOPKINS, P.C.
> 11130 Main Street, Suite 310
> Fairfax, VA  22030

and

> Kalin M. Walker, Esq.
> Attorney for Defendants
> MACY'S, INC.
> 611 Olive Street
> St. Louis, MO  63101

4

      /s/
Pia J. Miller, Esq.
VSB No. 77086
Attorney for Defendants
MCCHESNEY & DALE, P.C.
4000 Mitchellville Road, Suite 222
Bowie, MD  20716
(301) 805-6080 (Phone)
(301) 805-6086 (Fax)
Pia@dalelaw.com